UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John W. Johnson, )
                 )
    Petitioner,  )
                 )
        v.       )   Civil Action No.  **08 0154**
                 )
                 )
Maggie Chau *et al.*, )
                 )
    Respondents. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 23rd day of January 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

_____
United States District Judge